IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET BATCHELOR, Individually and on Behalf of Her Son; and RYAN BATCHELOR, a Minor<br>　　　　　　Plaintiffs, | : <br><br>: |
| v. | |
| ROSE TREE MEDIA SCHOOL DISTRICT; THE BOARD OF SCHOOL DIRECTORS OF THE ROSE TREE MEDIA SCHOOL DISTRICT; LINDA BLUEBELLO, Director of Pupil Services of Rose Tree Media School District; ERIC BUCCI, Assistant Principal of Penncrest High School; NORMAN HARRISON, Assistant Principal of Penncrest High School; RICHARD GREGG, Principal of Penncrest High School; KAREN WALKER and PATRICIA BARTA<br>　　　　　　Defendants. | :<br><br>:<br><br>:<br><br>:<br><br>: | CIVIL ACTION<br>NO. 11-6733 |

## ORDER

AND NOW, this 27th day of February, 2012, upon review of Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 16), to which no Objection has been filed, is hereby ORDERED that said Report and Recommendation is APPROVED and ADOPTED.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/  C. Darnell Jones, II         J.