IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANET BATCHELOR, individually and on behalf of her son, RYAN BATCHELOR, a minor | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | | NO.: 11-6733 |
| | : | |
| ROSE TREE MEDIA SCHOOL DISTRICT, et al. | | |
| Defendants. | : | |

## ORDER

AND NOW, this 28th day of March, 2013, upon review of: Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Doc. No. 29); Plaintiffs' Opposition thereto (Doc. No. 30); Defendants' Reply to Plaintiffs' Opposition (Doc. No. 35); the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated October 1, 2012 (Doc. No. 37); Plaintiffs' Objections thereto (Doc. No. 39); and Defendants' Response to Plaintiffs' Objections (Doc. No. 41), it is hereby ORDERED as follows:

(1) The Report and Recommendation is APPROVED and ADOPTED; and

(2) Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint is GRANTED, all in accordance this Court's accompanying Opinion regarding same.

BY THE COURT:

/s/  C. Darnell Jones,  II    J.